# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NITETEK LICENSING LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**INGETEAM INC.,**<br><br>    Defendant. | Civil Action No.: 1:20-cv-00716 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Nitetek Licensing LLC, ("Plaintiff"), by and through its undersigned attorney, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action without prejudice against Defendant Ingeteam Inc. ("Defendant"). Prior to the filing of this notice, Defendant has not filed an answer or a motion for summary judgment.

Dated: August 13, 2020

                                                */s/Jimmy Chong*
                                               Jimmy Chong
                                               CHONG LAW FIRM, P.A.
                                               2961 Centerville Road, Suite 350
                                               Wilmington, DE 19808
                                               Telephone: (302) 999-9480
                                               Facsimile: (877) 796-4627
                                               Email: chong@chonglawfirm.com

                                             *Attorney for Plaintiff*
                                             *Nitetek Licensing LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of August, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Delaware, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Jimmy Chong*
Jimmy Chong